**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Jose Marrero,

                            *Plaintiff*,

              - *against* -

Anthony's Automotive Repairs Inc., and Anthony Vaccaro,

                           *Defendants*.
------------------------------------------------------------X

Case No.: 22-cv-00138

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Anthony's Automotive Repairs Inc., and Anthony Vaccaro (collectively, the "Defendants"), having offered to allow Plaintiff Jose Marrero ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Thirty-Five Thousand Five Hundred and Sixty-Four Dollars and Eighty Four Cents ($35,564.84), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.