**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Jose Marrero

                              *Plaintiff*,

            - *against* -

Anthony's Automotive Repairs Inc.,
and Anthony Vaccaro,
                             *Defendants*.
-------------------------------------------------------------X

Case No.: 22-cv-00138

**NOTICE OF SATISFACTION OF FED.R.CIV.P. 68 OFFER OF JUDGMENT**

WHEREAS, on March 13, 2022, the Brenna B. Mahoney, Clerk of Court by Jalitza Poveda, Deputy Clerk entered a consent judgment in the amount of Thirty-Five Thousand Five Hundred and Sixty-Four Dollars and Eighty Four Cents ($35,564.84), against Defendants Anthony's Automotive Repairs Inc., and Anthony Vaccaro, (together, the "Defendants"), in favor of Plaintiff Jose Marrero ("Plaintiff"), pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") [Dckt No. 18] (the "Fed.R.Civ.P. 68 Judgment");

NOTICE IS HEREBY GIVEN that on or around March 2, 2023, Defendants have satisfied the Fed.R.Civ.P. 68 Judgment;

THEREFORE, satisfaction of the Fed.R.Civ.P. 68 Judgment having been acknowledged, it is respectfully requested that the Clerk of Court make an entry of satisfaction of the Fed.R.Civ.P. 68 Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _/s/ Jason Mizrahi_
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel